UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| **JEFFREY MIZEL and ELIZABETH MIZEL,** | **NOTICE OF APPEAL** |
| **Plaintiff,** | |
| -against- | Case No.: 18-CV-2792(ENV) (SMG) |
| **ROYAL CARIBBEAN CRUISES LTD. d/b/a CELEBRITY X CRUISES,** | |
| **Defendant.** | |

---

Notice is hereby given that **JEFFREY MIZEL and ELIZABETH MIZEL,** Plaintiffs, hereby appeal to the United States Court of Appeals for the Second Circuit from the final judgment of the EDNY entered in this action dated April 30, 2019 and the Order of the court dated April 7, 2019 which preceded and gave rise to the said final judgment.

DATED:   East Rockaway, N.Y.
         May 27, 2019

                                        Yours, etc.

                                        /s/
                                        _____
                                        MICHAEL GOLDMAN (MG3605)
                                        Attorney for Plaintiffs
                                        49 Emmet Avenue
                                        East Rockaway, N.Y. 11518
                                        (516) 642-3699
                                        FAX: (516) 887-2384 (not for service of papers)
                                        Email: michaelgmlg@aol.com

TO:
Hamilton, Miller & Birthsel
387 Park Avenue South
New York, NY 10016
attention: Mr. William F. Claim (wclair@hamiltonmillerlaw.com)